IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Granted.
Karen L. Litkovitz
10/12/17

TERRY TYRONE PULLEN, JR.
Plaintiff.

Case No. 1:17-CV-255

Judge BARRETT

Magistrate Judge LITKOVITZ

Vs

CORRECTION OFFICER
MR. COMBS, et al.,
Defendants



SCANNED AT SOCF and E-Mailed
To USDC OHSD on 10/10
20 17 by [signature]
No. of Pgs. 3

REQUEST FOR EXTENSION OF TIME

Comes now the Plaintiff Terry Tyrone Pullen, Jr., Pro-se who requests a 17 day extension of time to submit copies of his complaint to the court for defendants, Ms. Felts, Sgt. Felts, Sgt. Bear, C/O Shaw, Unit Manager Jeremy Oppie, Sgt. Mr. Bailey, Lit Haywood, C/O Clere, RN Teresa Hill, RN Lauren Hort and RN Wamsley which was order to be done within thirty (30) day's of the date the Magistrate Judge Litkovitz filed her order and report and recommendation on 8.21.17. On 9.22.17 Plaintiff's motion requesting an extension

(1)