IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Granted.
Karen L. Litkovitz
10/26/17

TERRY TYRONE PULLEN, JR.
Plaintiff,

vs.

CORRECTION OFFICER
MR. COMBS, et al.,
Defendants.

Case No. 1:17-CV-255

Judge BARRETT

Magistrate Judge LITKOVITZ

SCANNED AT SOCF and E-Mailed
To USDC OHSD on 10/25
20/17 by [signature]
Received

No. of Pgs. 3

## REQUEST FOR EXTENSION OF TIME

Comes now the Plaintiff Terry Tyrone Pullen, Jr. Pro-Se who request a 10 day extension of time to submit copies of his complaint to the court for defendants C/o Shaw, Sgt. Felts, Sgt. Bear, Ms. Felts, Unit Manager Oppie, Sgt. Bailey, Lit Haywood, C/o Clere, RN Hill, RN Hart and RN Wamsley which was order to be done within thirty (30) days of the date Magistrate Judge Litkovitz filed her Order And Report And Recommendation on 8.21.17. On 9.22.17 Plaintiff's first request for extension of time was GRANTED changing the submittion dealine to 10.13.17, then

(1)