UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TERRY TYRONE PULLEN, JR., <br> Plaintiff, | Case No. 1:17-cv-255 <br> Barrett, J. <br> Litkovitz, M.J. |
| vs. | |
| Mr. COMBS, et al., <br> Defendants. | ORDER |

This matter is before the Court on plaintiff's motion to stay this case while he is on suicide watch. (Doc. 68). Plaintiff filed the motion on April 25, 2019. The discovery deadline expired in the case on May 14, 2019 and the dispositive motion deadline has been extended to July 15, 2019. No other motions are pending in the case. Plaintiff's motion to stay the case is therefore **DENIED**.

**IT IS SO ORDERED.**

Date: 6/10/19

Karen L. Litkovitz
United States Magistrate Judge